DAVIS, Circuit Judge,
concurring in the judgment:
The majority opinion appropriately identifies our standard of review, notes that the district court applied the correct version of the United States Sentencing Guidelines Manual, see United States v. White, 670 F.3d 498, 516 (4th Cir.2012), and properly holds that the district court did not commit clear error in its factual findings that (1) Etoty’s undeniably disabled victim was “vulnerable” and (2) Etoty had actual knowledge (when she committed the offenses) that her victim was vulnerable, see United States v. Llamas, 599 F.3d 381, 388 (4th Cir.2010) (citing U.S.S.G. § 3Al.l(b)(l)). For these reasons, I concur in the judgment.